**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Case No.:**

QUESCHON L. PEARSON,

    Plaintiff,

vs.

CONVERGENT OUTSCOURCING, INC.,

    Defendant.
_____/
_____

**IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**
**IN AND FOR HILLSBOROUGH COUNTRY FLORIDA**
**SMALL CLAIMS**

QUESCHON L. PEARSON,

    Plaintiff,

vs.                                       Case No.: 15-CC-016818

CONVERGENT OUTSCOURCING, INC.,

    Defendant.
_____/

## NOTICE AND PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

COMES NOW, Defendant and Petitioner for removal, CONVERGENT OUTSCOURCING, INC. ("Defendant"), and with reservation of all rights, hereby removes from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, the proceeding entitled and captioned: <u>Queschon L. Pearson v. Convergent Outsourcing, Inc., Case No.: 15-CC-016818</u>, on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendants/Petitioners, have been named as a Defendant in a civil action brought against them in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, captioned as <u>Queschon L. Pearson v. Convergent Outsourcing, Inc., Case No.: 15-CC-016818.</u> A copy of the Statement of Claim served in that action, in addition to all process and pleadings served upon Defendant/Petitioner, are attached hereto as Composite Exhibit "A".

2. The aforesaid action was commenced by service of process consisting of the Statement of Claim and Notice to Appear, upon the Defendants/Petitioners on May 20, 2015.

3. The controversy herein between the Plaintiff and Defendant/Petitioner is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant/Petitioner of the Statement of Claim in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

WHEREFORE Defendant respectfully requests that the above entitled action be removed from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida for all further proceedings.

Respectfully submitted by:

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
/s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
braslavich@gsgfirm.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to Jon Dubbeld at jdubbeld@dispartilaw.com on this 16th day of June, 2015.

/s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Case No.:**

QUESCHON L. PEARSON,

    Plaintiff,

vs.

CONVERGENT OUTSCOURCING, INC.,

    Defendant.
_____/
_____

**IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**
**IN AND FOR HILLSBOROUGH COUNTRY FLORIDA**
**SMALL CLAIMS**

QUESCHON L. PEARSON,

    Plaintiff,

vs.                                        Case No.: 15-CC-016818

CONVERGENT OUTSCOURCING, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

    Kindly file the attached Petition of Defendant, CONVERGENT OUTSCOURCING, INC. ("Defendant"), for removal to the United States District Court for the Middle District of Florida of record in the above above-captioned matter.

    Pursuant to 28 U.S.C. 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
braslavich@gsgfirm.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to Jon Dubbeld at jdubbeld@dispartilaw.com on this 16th day of June, 2015.

 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808