# EXHIBIT A

**Convergent**

ATERSO01
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED

Convergent Outsourcing, Inc.
800 SW 39th St/PO Box 9004
Renton, WA 98057
Mon-Fri 7AM-7PM PST
800-903-2319 Ext 2218

Date: 01/27/2015
Creditor: T-Mobile
Client Account #: 944545657
Convergent Account #: R-56332551

| | |
|---|---|
| Principal: | $ 32.24 |
| Total Balance: | $ 32.24 |

R241    504238444

Queschon L Pearson-Puckett
6836 Mitchell Cir
Tampa FL 33634-2938

### Your Response is Requested

Dear Queschon L Pearson-Puckett:

This notice is being sent to you by a collection agency. The records of T-Mobile USA show that your balance of $ 32.24 is due in full for mobile phone service. If payment is received prior to your account being written off, we may be able to offer you the option of re-connecting your mobile phone service at no additional cost.

Please contact our office toll free at 800-903-2319 Ext 2218, or you may also mail your payment to the address shown below.

Sincerely,

Convergent Outsourcing, Inc.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.

### 3 CONVENIENT WAYS TO PAY:

Pay Online: Not Available

Pay by Phone: Please call Convergent Outsourcing, Inc. at 800-903-2319 Ext 2218.

Pay by Mail: Send Payments to T-Mobile USA, PO Box 742596, Cincinnati OH 45274-2596

PLEASE DETACH THE BOTTOM PORTION WITH YOUR PAYMENT. BEFORE MAILING, PLEASE ENSURE RETURN ADDRESS APPEARS CORRECTLY THROUGH THE WINDOW OF THE REPLY ENVELOPE.

736ATERS001R241

800-903-2319 Ext 2218

Date: 01/27/2015
Creditor: T-Mobile
Client Account #: 944545657
Convergent Account #: R-56332551

Total Balance:    $ 32.24

Amount Enclosed: US _____

R-56332551-R241
Queschon L Pearson-Puckett
6836 Mitchell Cir
Tampa FL 33634-2938

**New Address:**
Address: _____
City: _____ ST ___ Zip: ____
Daytime Phone: (___) ___-_____
Evening Phone: (___) ___-_____
If we are calling you in error, please call 855-728-9701 or visit our website at www.convergentusa.com.

T-Mobile USA
PO Box 742596
Cincinnati OH 45274-2596

040944545657012315000003224333594 4057

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.